AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zobel, Rya W. | DC MA, | 05/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. D.J., active, | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1 Courthouse Way <br> Boston, MA 02210 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Rya W. Zobel Irrevocable Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Zobel, Rya W.**

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association, Annual Dinner | March 26, 2010 | New York, NY | Meeting | transportation, lodging, food |
| 2. | Aspen Institute | November 5-7, 2010 | Wye, MD | Seminar | transportation, lodging, food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Assets of Rya W. Zobel | | | | | | | | | |
| 2. Fidelity Select Retailing FSRPX | A | Dividend | J | T | | | | | |
| 3. Fidelity Select Construction & Housing ISHOX | A | Dividend | | | Sold | 03/19/10 | J | | |
| 4. T.Rowe Price Blue Chip Growth, Inc TRBCX. | A | Dividend | J | T | | | | | |
| 5. Calamos Growth Class A | A | Dividend | J | T | | | | | |
| 6. Hodges Fund CVGRX | A | Dividend | | | Sold | 11/11/10 | J | | |
| 7. Ishares TR NASDACBiotechnology Indes FD IBB | A | Dividend | | | Sold | 03/19/10 | J | | |
| 8. Ishares Comex Gold Trust IAU | A | Dividend | J | T | | | | | |
| 9. Market Vectors ETF TR Coal KOL | A | Dividend | J | T | | | | | |
| 10. Powershare Exchange Traded FD TR Wilder PBW | A | Dividend | | | Sold | 03/16/10 | J | | |
| 11. SPDR SER TR S&P Homebuilders XHB | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 12. Ishares TR MSCI Emerging Markets Index EEM (X) | A | Dividend | J | T | | | | | |
| 13. Ishares TR Dow Jones US Real Estate Index IYR (X) | A | Dividend | J | T | | | | | |
| 14. Ishares TR Dow Jones US Broker Dealers INdex IAI (X) | A | Dividend | J | T | | | | | |
| 15. Sector SPDR TR SHS Ben Int Financial XLF (X) (Y) | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 16. United STS Nat Gas FD LP Unit UNG (X) | A | Dividend | | | Sold | 03/16/10 | J | | |
| 17. Powershares QQQ TR Unit Ser 1 QQQ (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Index FDS Vanguard REIT ETF, VNQ | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 19. Barclays Bank PLC IPath S&P 500, VIX | A | Dividend | J | T | Buy | 05/18/10 | J | | |
| 20. | | | | | Sold (part) | 12/28/10 | J | | |
| 21. ISharesz Silve TR IShares SLV | A | Dividend | J | T | Buy | 05/18/10 | J | | |
| 22. IShares Barclays Treas Inflation Protected SECS FD, TIP | A | Dividend | J | T | Buy | 05/18/10 | J | | |
| 23. Sector SPDR TR SHS BEN Int Financial XLF | A | Dividend | J | T | Buy | 11/08/10 | J | | |
| 24. IShares TR Russell 2000Index FD IWM | A | Dividend | J | T | Buy | 11/11/10 | J | | |
| 25. Citizens Bank, checking | A | Interest | K | T | | | | | |
| 26. Hanscom Federal Credit Union, savings | A | Interest | K | T | | | | | |
| 27. Assets of Rya W. Zobel Irrevocable Trust | | | | | | | | | |
| 28. Fedl Home Ln Banks Conc. Bd 6.100%, 12/3/10 | A | Interest | | | Sold | 10/18/10 | J | | |
| 29. Fidelity Total Bond | B | Interest | K | T | | | | | |
| 30. American High Income Class F AHTFX | A | Interest | J | T | | | | | |
| 31. US Treasury NTS 4.0% | A | Interest | K | T | | | | | |
| 32. US Treasury NTS 4.5% | A | Interest | K | T | | | | | |
| 33. Forward Select Income KIFAX (X) | A | Interest | K | T | | | J | | |
| 34. Putnam Diversified Income FD CL Y, PDVYX | A | Dividend | J | T | Buy | 11/15/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Putnam Income FD CL Y, PNCYX | A | Dividend | J | T | Buy | 11/15/10 | J | | |
| 36. Goldman Sachs Global Income Institutional, GSGLX | A | Dividend | J | T | Buy | 11/15/10 | J | | |
| 37. Goldman Sachs Local Emrg Mrkts Debt CL I, GIMDX | A | Dividend | J | T | Buy | 11/15/10 | J | | |
| 38. Payden Short ond, PYSBX | A | Dividend | J | T | Buy | 11/15/10 | J | | |
| 39. | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                         P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
(See Column C2)           U =Book Value             V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 15 of Part VII reports the purchase in 2010 of this security which had been bought and sold in its entirety in 2009.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Rya W. Zobel

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Zobel, Rya W. | 2. Court or Organization<br><br>DC MA, | 3. Date of Report<br><br>05/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. D.J., active, | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>1 Courthouse Way<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Rya W. Zobel Irrevocable Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Zobel, Rya W. A

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association, Annual Dinner | March 26, 2010 | New York, NY | Meeting | transportation, lodging, food |
| 2. | Aspen Institute | November 5-7, 2010 | Wye, MD | Seminar | transportation, lodging, food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Assets of Rya W. Zobel | | | | | | | | | |
| 2. Fidelity Select Retailing FSRPX | A | Dividend | J | T | | | | | |
| 3. Fidelity Select Construction & Housing ISHOX | A | Dividend | | | Sold | 03/19/10 | J | | |
| 4. T.Rowe Price Blue Chip Growth, Inc TRBCX. | A | Dividend | J | T | | | | | |
| 5. Calamos Growth Class A | A | Dividend | J | T | | | | | |
| 6. Hodges Fund CVGRX | A | Dividend | | | Sold | 11/11/10 | J | | |
| 7. Ishares TR NASDACBiotechnology Indes FD IBB | A | Dividend | | | Sold | 03/19/10 | J | | |
| 8. Ishares Comex Gold Trust IAU | A | Dividend | J | T | | | | | |
| 9. Market Vectors ETF TR Coal KOL | A | Dividend | J | T | | | | | |
| 10. Powershare Exchange Traded FD TR Wilder PBW | A | Dividend | | | Sold | 03/16/10 | J | | |
| 11. SPDR SER TR S&P Homebuilders XHB | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 12. Ishares TR MSCI Emerging Markets Index EEM (X) | A | Dividend | J | T | | | | | |
| 13. Ishares TR Dow Jones US Real Estate Index IYR (X) | A | Dividend | J | T | | | | | |
| 14. Ishares TR Dow Jones US Broker Dealers INdex IAI (X) | A | Dividend | J | T | | | | | |
| 15. Sector SPDR TR SHS Ben Int Financial XLF (X) (Y) | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 16. United STS Nat Gas FD LP Unit UNG (X) | A | Dividend | | | Sold | 03/16/10 | J | | |
| 17. Powershares QQQ TR Unit Ser 1 QQQ (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Vanguard Index FDS Vanguard REIT ETF, VNQ | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 19. | Barclays Bank PLC IPath S&P 500, VIX | A | Dividend | J | T | Buy | 05/18/10 | J | | |
| 20. | | | | | | Sold (part) | 12/28/10 | J | | |
| 21. | ISharesz Silve TR IShares SLV | A | Dividend | J | T | Buy | 05/18/10 | J | | |
| 22. | IShares Barclays Treas Inflation Protected SECS FD, TIP | A | Dividend | J | T | Buy | 05/18/10 | J | | |
| 23. | Sector SPDR TR SHS BEN Int Financial XLF | A | Dividend | J | T | Buy | 11/08/10 | J | | |
| 24. | IShares TR Russell 2000Index FD IWM | A | Dividend | J | T | Buy | 11/11/10 | J | | |
| 25. | Citizens Bank, checking | A | Interest | K | T | | | | | |
| 26. | Hanscom Federal Credit Union, savings | A | Interest | K | T | | | | | |
| 27. | Assets of Rya W. Zobel Irrevocable Trust | | | | | | | | | |
| 28. | Fedl Home Ln Banks Conc. Bd 6.100%, 12/3/10 | A | Interest | | | Sold | 10/18/10 | J | | |
| 29. | Fidelity Total Bond | B | Interest | K | T | | | | | |
| 30. | American High Income Class F AHTFX | A | Interest | J | T | | | | | |
| 31. | US Treasury NTS 4.0% | A | Interest | K | T | | | | | |
| 32. | US Treasury NTS 4.5% | A | Interest | K | T | | | | | |
| 33. | Forward Select Income KIFAX (X) | A | Interest | K | T | | | J | | |
| 34. | Putnam Diversified Income FD CL Y, PDVYX | A | Dividend | J | T | Buy | 11/15/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Putnam Income FD CL Y, PNCYX | A | Dividend | J | T | Buy | 11/15/10 | J | | |
| 36. Goldman Sachs Global Income Institutional, GSGLX | A | Dividend | J | T | Buy | 11/15/10 | J | | |
| 37. Goldman Sachs Local Emrg Mrkts Debt CL I, GIMDX | A | Dividend | J | T | Buy | 11/15/10 | J | | |
| 38. Payden Short ond, PYSBX | A | Dividend | J | T | Buy | 11/15/10 | J | | |
| 39. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 15 of Part VII reports the purchase in 2010 of this security which had been bought and sold in its entirety in 2009.

In my 2009 report I listed Spartan US Equity Index. This asset has fallen below the reporting threshold and will no longer be reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rya W. Zobel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544